**RECEIVED**

AUG 05 2025

RICHARD W. NAGEL, CLERK OF COURT
COLUMBUS, OHIO

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO**

JUDGE   MARBLEY

MAGISTRATE JUDGE   JOLSON

**2:25 CV 0 8 6 8**

Mohamed Warsame
_____                    :

(Enter above the full name of the plaintiff in this
action)

                    v.                          :

Southeast Inc.
_____
                                                :

Angela M Courtwright, Atty.
_____                    :

Ice Miller LLP
_____

(Enter the above full name of the defendant or    :
defendants in this action)

Case No. _____

**COMPLAINT UNDER
42 U.S.C. 2000e-5(f)(1)**

## I.    Parties

(In item A below, place your name in the first blank and place your present address and telephone
number (or telephone number where you can be reached) where indicated in the following blanks.)

A.    Name of Plaintiff   Mohamed Warsame
                          _____

       Address   2109 Lantern Dr Columbus, Ohio 43224
                 _____

       Telephone No.   614-632-1572
                       _____

Under 42 U.S.C. 2000e-5(f)(1) suit may only be "brought against the respondent named in the
charge" of unlawful employment practice you filed with the Ohio Civil Rights Commission and/or
the Equal Employment Opportunity Commission. ATTACH A COPY OF THE CHARGE YOU
FILED WITH THE OHIO CIVIL RIGHTS COMMISSION AND/OR THE EQUAL
EMPLOYMENT OPPORTUNITY COMMISSION TO THIS COMPLAINT. In item B below list
the name and address of the employer against whom you filed the charge. In item C below, list the
name and address of any other person(s) you named in the charge you filed with the Ohio Civil
Rights Commission and/or the Equal Employment Opportunities Commission.

B.    Defendant   Southeast Inc
                  _____
                  (As named in the attached charge)
       Address   16 W Long St Columbus, Ohio 43215
                 _____

                 _____

Additional defendants (as named in the attached charge)

_____

_____

_____

## II. The Court has jurisdiction under <u>42 U.S.C. §2000e-5(f)(1)</u>.

A. The date the notice of right to sue was issued by the Equal Employment Opportunity commission was  05/08/2025 .

B. The date you received the notice of right to sue was  05/08/2025 .

C. ATTACH A COPY OF THE NOTICE OF RIGHT TO SUE TO THIS COMPLAINT.

## III. Statement of Claim

The Equal Employment Opportunities Act provides, in part, that

    (a)    it shall be an unlawful employment practice for an employer --

        (1)    to fail or refuse to hire or to discharge any individual, or otherwise to discriminate against any individual with respect to his compensation, terms, conditions, or privileges of employment, because of such individual's race, color, religion, sex, or national origin.

<u>42 U.S.C. §2000e-2(a)(1)</u>. Other unlawful employment practices are set out in <u>42 U.S.C. §2000e-2(a)</u> through (d).

State here as briefly as possible the *facts* of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet if necessary.

I, Mohamed A. Warsame, was employed by Southeast Healthcare in Columbus, Ohio beginning in 2021

During my employment, I reported multiple internal concerns including unsage working conditions,

procedural violations, and mistreatment of staff and clients. These reports were made to supervisory

staff  including Melissa Miller (head of HR) and Angela Courtwright (Attorney for Southeast).  I also

requested reasonable accomadations related to my disability and notfied my supervisor of the impact

that certain job conditions had on my health and ability to function effectively. Following my protected

activity (mental health leave) and accomadation requests, I began experiencing increased scrutiny

sudden performance criticisms, exlusion from meetings, and retaliatory disciplnary action. In late

2024, Southeast Healthcare initated what I beleived to be a pretextual discimplnary process. The

timing and anture of these actions directly followed my internal complaints and accomadation requests.

In early 2025, I filed an HR complaint in which subsequently I was wrongfully terminated. At the

time of termination, I had not received adequate documentation, support, or fair process regarding

allegations made against me. I believe this termination was motivated by retaliation and discrimination

## IV. Relief

(*State briefly exactly what you want the Court to do for you*. Make no arguments. Cite no cases or statutes.)

Lost wages (back pay), potential future earnings (front pay), and benefits lost due to the termination.

award daages for emotional distress and suffering from wrongful termination. reimbursement for

legal fees and costs

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

August 5, 2025
(Date)

_____
(Signature of Plaintiff)

-3-

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Cleveland Field Office
1240 E 9th St, Suite 3001
Cleveland, OH 44199
(216) 306-1120
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 05/08/2025

**To:** Mohamed A. Warsame
2167 North 4th Street, Apartment B
Columbus, OH 43201

Charge No: 532-2025-01840

EEOC Representative:       Legal Unit
                          (267) 589-9707

---

### DISMISSAL OF CHARGE

The EEOC has granted your request that the agency issue a Notice of Right to Sue, where it is unlikely that EEOC will be able to complete its investigation within 180 days from the date the charge was filed.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 532-2025-01840.

On behalf of the Commission,

Digitally Signed By: Karen McDonough
05/08/2025

Karen McDonough
Acting Director